**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**POONAM YADAV,**

**Plaintiff,**

**vs.**

**JOSEPH EDLOW Director, U.S. Citizenship and Immigration Services,**

**Defendant.**

**4:26CV3332**

**ORDER**

This matter is before the Court on the Defendant's Unopposed Motion to Hold case in Abeyance for 60 days (Filing No. 5). The parties represent that the U.S. Citizenship and Immigration Services has reopened the plaintiff's Form I-765 petition to conduct a further administrative review. The parties therefore request this litigation be held in abeyance until the USCIS completes its further administrative review. After review of the motion,

**IT IS ORDERED:**

1. The Defendant's Unopposed Motion to Hold case in Abeyance for 60 days (Filing No. 5) is granted;
2. All case deadlines, including the defendants' responsive pleading deadline, are stayed pending further order of the Court; and
3. On or before **January 8, 2026**, and every 60-days thereafter, the parties shall file a joint status report regarding the administrative proceedings and whether the parties believe the stay should continue or be lifted.

Dated this 9th day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge